UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARETHA CALVIN,

       Plaintiff

v.

HENRY FORD MACOMB
HOSPITAL CORP., et al.,

       Defendants.
_____/

Case No. 2:15-14396
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

## ORDER GRANTING AS UNOPPOSED DEFENDANTS' MOTION TO COMPEL (DE 13)

This matter is before the Court for consideration of Defendants' motion to compel. (DE 13.) LR 7.1 (e)(2) provides that responses to nondispositive motions are due within fourteen days after service of the motion. The motion was electronically filed on December 6, 2016, but no response has been filed and the time for doing so under LR 7.1(e)(2) has expired. Moreover, bearing in mind the standards of Fed. R. Civ. P. 26(b), the Court's initial review of the discovery requests at issue did not lead to a conclusion that any are blatantly, facially improper, and Plaintiff has not provided any reason(s) in response specifying why she should not be required to respond fully to the discovery requests and execute the release authorizations. The motion to compel thus is **GRANTED AS**

**UNOPPOSED**.  Within fourteen days after the entry of this order Plaintiff shall: execute the requested authorizations mentioned in the motion to compel (subject to the extant Stipulated Protective Order (DE 8)); and provide full answers to Interrogatory Nos. 14, 15 and 20 and Requests Nos. 3, 5, 6, 7, 9, 11 and 17.  Defendants shall file a statement of expenses incurred in filing the motion to compel, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A) by January 11, 2017; Plaintiff shall have until January 25, 2017 to file a response thereto, after which the issue of expenses shall stand submitted for adjudication.

    **IT IS SO ORDERED.**

Dated: December 29, 2016         s/Anthony P. Patti  
                                                     Anthony P. Patti  
                                                     UNITED STATES MAGISTRATE JUDGE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 29, 2016, electronically and/or by U.S. Mail.

                                                     s/Michael Williams  
                                                     Case Manager for the  
                                                     Honorable Anthony P. Patti