UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARETHA CALVIN,

      Plaintiff

v.

HENRY FORD MACOMB
HOSPITAL CORP., et al.,

      Defendants.
_____/

Case No. 2:15-14396
District Judge Denise Page Hood
Magistrate Judge Anthony P. Patti

## ORDER DECLINING TO AWARD EXPENSES INCURRED IN DEFENDANTS' MOTION TO COMPEL (DE 13)

On December 29, 2016, the Court granted as unopposed Defendants' motion to compel. (DE 16.) That order provided that Defendants "shall file a statement of expenses incurred in filing the motion to compel, including attorney's fees, pursuant to Fed. R. Civ. P. 37(a)(5)(A) by January 11, 2017 . . . ." (*Id.* at 2.) However, Defendants have not filed a statement of expenses and the deadline for doing so has expired. Accordingly, the Court deems Defendants' request for costs and expenses (including attorney's fees) stemming from their motion to compel to have been waived and, therefore, declines to award the same.

      **IT IS SO ORDERED.**

Dated: January 25, 2017         s/Anthony P. Patti
                                Anthony P. Patti
                                UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 25, 2017, electronically and/or by U.S. Mail.

                                s/Michael Williams
                                Case Manager for the
                                Honorable Anthony P. Patti